UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-23059-CV-WILLIAMS

BERKLEY INSURANCE COMPANY,

    Plaintiff,

v.

SUFFOLK CONTRUCTION COMPANY, INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Amended Report and Recommendation (DE 285) ("***Report***") on Plaintiff Berkley Insurance Company's Motion for Award of Prejudgment Interest (DE 243) ("***Motion***"). In the Report, Judge Torres recommends that the Motion be granted, and that Plaintiff be awarded prejudgment interest as follows:

| YEAR | RATE | PER DIEM | DAYS | TOTAL |
|---|---|---|---|---|
| July 1, 2019 – Dec. 31, 2019 | 6.77% | 0.0185479% | 184 | 140,271.93 |
| Jan. 1, 2020 – Dec. 31, 2020 | 6.83% | 0.0186612% | 366 | 279,956.55 |
| Jan. 1, 2021 – Dec. 31, 2021 | 4.81% | N/A | one year | 197,698.46 |
| Jan. 1, 2022 – Dec. 31, 2022 | 4.25% | N/A | one year | 174,694.34 |
| Jan. 1, 2023 – Dec. 31, 2023 | 5.52% | N/A | one year | 226,880.56 |
| Jan. 1, 2024 – Nov. 8, 2024 | 9.09% | 0.0248361% | 313 | 319,511.10 |

(DE 285 at 8.) Defendant filed objections to Report for the sole purpose of preserving

"its right to seek a reversal on appeal." (DE 289 at 1.) Defendant did not object to any specific findings in the Report or challenge Plaintiff's entitlement to prejudgment interest.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Torres' Report (DE 285) is **AFFIRMED AND ADOPTED**.

2. Plaintiff Berkley Insurance Company's Motion for Award of Prejudgment Interest (DE 243) is **GRANTED**.

3. The Court's prior Final Judgment Order (DE 242) is **VACATED**. The Court will separately issue an Amended Final Judgment.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>8th</u> day of November, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE